UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZUMA PRESS, INC., ACTION SPORTS PHOTOGRAPHY, INC., TIYU (BEIJING) CULTURE MEDIA CO. LITD., MANNY FLORES, ANDREW DIEB, CHRISTOPHER SZAGOLA, LOUIS LOPEZ, CHARLES BAUS, DUNCAN WILLIAMS, ROBERT BACKMAN, JOHN MIDDLEBROOK, and ANTHONY BARHAM,<br><br>                            Plaintiffs,<br><br>- against –<br><br>GETTY IMAGES (US), INC.<br><br>                            Defendant. | 1:16-cv-06110 (AKH)<br><br>ECF Case<br><br>**NOTICE OF MOTION**<br>**FOR PLAINTIFFS' MOTION**<br>**TO STRIKE DEFENDANT'S**<br>**"REPLY STATEMENT"**<br>**UNDER L.R. 56.1**<br>**[ECF Docket # 159])** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support hereof; and the pleadings and prior proceedings herein; Plaintiffs will move the Court, before the Honorable Allen K. Hellerstein (U.S.D.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, at a time set by the Court for an Order STRIKING Defendant Getty Images (US), Inc. ("Defendant")'s "Reply Statement" pursuant to Local Rule 56.1 [ECF Docket #159] which was posted via ECF on August 3, 2018 pursuant to the Court's inherent power on grounds that L.R. 56.1 does not permit reply statements and Defendant failed to seek leave of Court before filing such statement; and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), Defendant's opposition papers must be served by August 20, 2018; and Plaintiff's reply brief must be served by August 27, 2018.

Dated: Valley Stream, New York
August 7, 2018

Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC

**By: /Richard Liebowitz/**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 111580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorneys for all Plaintiffs*

**TO:**

Benjamin E. Marks
Jonathan Bloom
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Getty Images (US), Inc.*